NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHRISTINA PAYLAN, M.D.,                )
                                       )
            Petitioner,                )
                                       )
v.                                     )     Case No. 2D18-1525
                                       )
CAROLE MORALES and LOUIS               )
MORALES,                               )
                                       )
            Respondents.               )
_____)

Opinion filed October 12, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Robert A.
Foster, Jr., Judge.

Christina Paylan, M.D., pro se.

Nicholas G. Matassini and Joseph G.
Alvarez of The Matassini Law Firm, P.A.,
Tampa (withdrew after briefing); Victor L.
Zamora, Jr., of Viza Law LLC, Tampa
(substituted as counsel of record), for
Respondents.


PER CURIAM.


            Denied.


LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.